FILED
2026 Aug-06  AM 09:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| **BOOSTR, LLC,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Civil Action Number** |
| | ) | **7:26-cv-01377-EGL** |
| **SUNTRONICS LED, INC.,** | ) | |
| **COLTON MILLER,** *and* | ) | |
| **GEORGE B. LEECH** | ) | |
| | ) | |
| **Defendants.** | ) | |

## REQUEST FOR SERVICE BY
## CERTIFIED MAIL

Please serve the defendant(s) **SUNTRONICS LED, INC., COLTON MILLER, and GEORGE B. LEECH** by certified mail pursuant to Alabama Rules of Civil Procedure 4(i)(2) and Federal Rules of Civil Procedure 4(e)(1).

_____
Signature of Attorney